# IN THE SUPREME COURT OF THE STATE OF MONTANA

## Case No. DA 21-0533

STAND UP MONTANA, a Montana non-profit
Corporation; CLINTON DECKER; MORGEN HUNT;
GABRIEL EARLE; ERICK PRATHER; BRADFORD
CAMPBELL; MEAGAN CAMPBELL; AMY ORR
and JARED ORR,

   Plaintiffs and Appellants,

  v.

MISSOULA COUNTY PUBLIC SCHOOLS,
ELEMENTARY DISTRICT NO. 1, HIGH
SCHOOL DISTRICT NO. 1, MISSOULA
COUNTY, STATE OF MONTANA; TARGET
RANGE SCHOOL DISTRICT NO. 23; and
HELLGATE ELEMENTARY SCHOOL
DISTRICT NO. 4,

   Defendants and Appellees.

---

STAND UP MONTANA, a Montana
non-profit corporation; JASMINE
ALBERINO, TIMOTHY ALBERINO,
VICTORIA BENTLEY, DAVID DICKEY,
WESLEY GILBERT, KATIE GILBERT,
KIERSTEN GLOVER, RICHARD
JORGENSON, STEPHEN PRUIETT,
LINDSEY PRUIETT, ANGELA
MARSHALL, SEAN LITTLEJOHN, and
KENTON SAWDY,

   Plaintiffs and Appellants,

  v.

BOZEMAN SCHOOL DISTRICT NO. 7,
MONFORTON SCHOOL DISTRICT NO. 27,
and BIG SKY SCHOOL DISTRICT NO. 72,

Defendants and Appellees.

---

## *ORDER GRANTING*
## *RULE 41 STIPULATION FOR DISMISSAL*

---

On Appeal from the Montana Fourth Judicial District Court
Missoula County, Cause No. DV-21-1031
Before Hon. Jason Marks

On Appeal from the Montana Eighteenth Judicial District Court
Gallatin County, Cause No. DV-21-975B
Before Hon. Rienne H. McElyea

Quentin M. Rhoades
RHOADES & ERICKSON
PLLC
430 Ryman Street
Missoula, Montana 59802
Telephone: 406-721-9700
qmr@montanalawyer.com
courtdocs@montanalawyer.com
*For Appellants*

Elizabeth A. Kaleva
Kevin A. Twidwell
Elizabeth A. O'Halloran
KALEVA LAW OFFICES
1911 S. Higgins Ave.
P.O. Box 9312
Missoula, MT 59807
eakaleva@kalevalaw.com
ktwidwell@kalevalaw.com
bohalloran@kalevalaw.com
*For Appellees*

The parties, having filed their Rule 41 Stipulation for Dismissal and with good cause appearing,

IT IS HEREBY ORDERED that the claims of Amy Orr, in the above entitled action are voluntarily dismissed with prejudice.

2

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 28 2022